UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In Re:

GAYANE DAVTYAN

      Debtor.

_____

**ORDER**

Case No.: 09-49661-ess
(Chapter 7)

Assigned to:
Hon. ELIZABETH S. STONG
Bankruptcy Judge

  America's Servicing Company as servicer for U.S. Bank National Association, as Trustee for ARMT 200, a secured creditor of Debtor, ("Secured Creditor") having moved this Court for an Order modifying the Automatic Stay in this proceeding by permitting said Secured Creditor to foreclose on the mortgage of premises commonly known as 6198 Pinewood Avenue, Las Vegas, NV 89103, of which the Debtor is the owner of record, and

  The motion having come to be heard before this Court and no opposition having been submitted by Robert J. Musso, Esq., the Chapter 7 Trustee, by the U.S. Trustee, or by Chris Mills, Esq., counsel for the Debtor, and due deliberation having been had, now

  Upon Reading and Filing of the Notice of Motion, the Application of Secured Creditor dated December 18, 2009, and proof of service upon all necessary parties, upon motion of the Office of Steven J. Baum, P.C., it is hereby

  ORDERED, that as to the Secured Creditor or its successors or assigns, the automatic stay is terminated, permitting it to ~~foreclose or otherwise~~ pursue its ~~mortgage~~ remedies ~~and rights on~~ ***under applicable state law with respect to*** the premises commonly known as 6198 Pinewood Avenue, Las Vegas, NV 89103; and it is further

ORDERED, that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus money proceedings.



Dated: Brooklyn, New York
January 22, 2010

/s/ Elizabeth S. Stong
Elizabeth S. Stong
United States Bankruptcy Judge